Honorable Ronald B. Leighton

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| GENERAL METALS OF TACOMA, INC., a Washington Corporation; and ARKEMA INC., a Pennsylvania Corporation,<br><br>        Plaintiffs,<br><br>        v.<br><br>BEAN ENVIRONMENTAL LLC, a Delaware limited liability company; and BEAN DREDGING LLC, a Louisiana limited liability company,<br><br>        Defendants. | NO. C05-5306 RBL<br><br>**ORDER GRANTING PLAINTIFFS' MOTION TO AMEND COMPLAINT** |

THIS MATTER having come for hearing before the Court on Plaintiffs General Metals of Tacoma, Inc., and Arkema Inc's Motion to Amend the Complaint (hereinafter "Plaintiffs' Motion") pursuant to Fed. R. Civ. P. 15(a).  Based upon a review of the record, IT IS HEREBY ORDERED:

    1.  Having found that justice requires allowing plaintiffs to amend their complaint, Plaintiffs' Motion is GRANTED;

[PROPOSED] ORDER GRANTING PLAINTIFFS MOTION TO
AMEND COMPLAINT -1
(C05-5306 RBL)

**Williams, Kastner & Gibbs PLLC**

Two Union Square, Suite 4100 (98101-2380)
Mail Address: P.O. Box 21926
Seattle, Washington 98111-3926
(206) 628-6600

1892531.1

1

2      2. Plaintiffs are directed to file and serve their Amended Complaint within two weeks of

3  this Order..

4

5  DATED THIS 11th day of September, 2006.

6

7

8  _____
   RONALD B. LEIGHTON

9     UNITED STATES DISTRICT JUDGE

10

11 Presented by:
   s/John P. Evans, WSBA # 08892

12 Thomas A. Falkner, WSBA #28429
   Attorneys for Plaintiff General Metals of Tacoma, Inc.

13 WILLIAMS, KASTNER & GIBBS PLLC
   601 Union Street, Suite 4100

14 Seattle, WA 98101
   Telephone: 206.628.6600

15 Facsimile:  206.628.6611
   E-mail:  jevans@wkg.com;

16 tfalkner@wkg.com

17
   and

18
   s/Marisa M. Bavand, WSBA # 27929

19 David C. Groff WSBA # 04706
   Attorneys for Plaintiff Arkema Inc.

20 GROFF MURPHY TRACHTENBERG & EVERARD PLLC
   300 East Pine Street

21 Seattle, WA 98122
   Telephone:  206-628-9500

22 Facsimile:   206-628-9506
   E-mail:  mbavand@groffmurphy.com;

23 dgroff@groffmurphy.com

24

25

[PROPOSED] ORDER GRANTING PLAINTIFFS MOTION TO
AMEND COMPLAINT -2
(C05-5306 RBL)

**Williams, Kastner & Gibbs PLLC**

Two Union Square, Suite 4100 (98101-2380)
Mail Address: P.O. Box 21926
Seattle, Washington 98111-3926
(206) 628-6600

1892531.1