HONORABLE RONALD B. LEIGHTON

05-CV-05306-ORD

FILED ____ LODGED
____ RECEIVED

SEP 11 2006

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY ____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

GENERAL METALS OF TACOMA, INC., a Washington corporation, and ARKEMA, INC., a Pennsylvania corporation,

Plaintiffs,

v.

BEAN ENVIRONMENTAL L.L.C., a Delaware limited liability company, and BEAN DREDGING L.L.C., a Louisiana limited liability company,

Defendants.

NO. C05-5306 RBL

**ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO FILE AN AMENDED ANSWER, AFFIRMATIVE DEFENSES, AND COUNTERCLAIMS**

[~~PROPOSED~~]

THIS MATTER having come for a hearing before the Court on Defendant Bean Environmental L.L.C.'s Motion for Leave to File an Amended Answer, Affirmative Defenses, and Counterclaims pursuant to Fed. R. Civ. P. 15(a). Based upon a review of the record, IT IS HEREBY ORDERED:

1. Having found that justice requires allowing defendant to amend its answer, Defendant Bean Environmental L.L.C.'s Motion for Leave to File an Amended Answer, Affirmative Defenses, and Counterclaims is GRANTED.

ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO
FILE AN AMENDED ANSWER, AFFIRMATIVE DEFENSES,
AND COUNTERCLAIMS [PROPOSED] – Page 1
No. C05-5306RBL

CORR CRONIN MICHELSON
BAUMGARDNER & PREECE LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

2.  Defendant Bean Environmental L.L.C. is directed to file and serve its Amended Answer, Affirmative Defenses, and Counterclaims within two weeks of this Order.

Dated this 11th day of ~~August~~ September, 2006.

_____
HONORABLE RONALD B. LEIGHTON
U.S. DISTRICT COURT JUDGE

Presented by:

CORR CRONIN MICHELSON
BAUMGARDNER & PREECE LLP

_____
William F. Cronin, WSBA No. 8667
Kevin J. Craig, WSBA No. 29932
Attorneys for Defendant
Bean Environmental L.L.C.

ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO FILE AN AMENDED ANSWER, AFFIRMATIVE DEFENSES, AND COUNTERCLAIMS [PROPOSED] – Page 2
No. C05-5306RBL

CORR CRONIN MICHELSON
BAUMGARDNER & PREECE LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

470 00001 gh033803