Honorable Ronald B. Leighton

05-CV-05306-ORD

FILED _____ LODGED
_____ RECEIVED

NOV - 9 2006

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

GENERAL METALS OF TACOMA, INC., a Washington Corporation; and ARKEMA INC., a Pennsylvania Corporation,

Plaintiffs,

v.

BEAN ENVIRONMENTAL LLC, a Delaware limited liability company; and BEAN DREDGING LLC, a Louisiana limited liability company,

Defendants.

NO. C05-5306 RBL

[~~PROPOSED~~] ORDER DENYING BEAN'S MOTION FOR SANCTIONS

THIS MATTER having come for hearing before the Court on Defendant Bean Environmental L.L.C.'s Motion for Sanctions pursuant to Fed. R. Civ. P. 37(b)(2). Based upon a review of the record, IT IS HEREBY ORDERED:

1. Defendant Bean Environmental L.L.C.'s Motion for Sanctions is DENIED.

DATED THIS 9th day of ~~September~~ November, 2006.

_____
UNITED STATES DISTRICT COURT JUDGE

[PROPOSED] ORDER DENYING BEAN'S MOTION FOR
SANCTIONS -1
(C05-5306 RBL)

Williams, Kastner & Gibbs PLLC
Two Union Square, Suite 4100 (98101-2380)
Mail Address: P.O. Box 21926
Seattle, Washington 98111-3926
(206) 628-6600

1905008.1

1

Presented by:

2  s/John P. Evans, WSBA # 08892

Thomas A. Falkner, WSBA #28429
3  Attorneys for Plaintiff General Metals of Tacoma, Inc.
4  WILLIAMS, KASTNER & GIBBS PLLC
601 Union Street, Suite 4100
5  Seattle, WA 98101
Telephone: 206.628.6600
6  Facsimile: 206.628.6611
E-mail: jevans@wkg.com;
7  tfalkner@wkg.com

8  and

9  s/Marisa M. Bavand, WSBA # 27929

David C. Groff WSBA # 04706
10  Attorneys for Plaintiff Arkema Inc.
GROFF MURPHY TRACHTENBERG & EVERARD PLLC
11  300 East Pine Street
Seattle, WA 98122
12  Telephone: 206-628-9500
Facsimile: 206-628-9506
13  E-mail: mbavand@groffmurphy.com;
dgroff@groffmurphy.com
14

15

16

17

18

19

20

21

22

23

24

25

[PROPOSED] ORDER DENYING BEAN'S MOTION FOR
SANCTIONS -2
(C05-5306 RBL)

Williams, Kastner & Gibbs PLLC
Two Union Square, Suite 4100 (98101-2380)
Mail Address: P.O. Box 21926
Seattle, Washington 98111-3926
(206) 628-6600

1905008.1