HONORABLE RONALD B. LEIGHTON

05-CV-05306-ORD

```
_____ FILED _____ LODGED
                    _____ RECEIVED

            NOV - 9 2006

        CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY                              DEPUTY
```

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

GENERAL METALS OF TACOMA, INC., a
Washington corporation, and ARKEMA, INC.,
a Pennsylvania corporation,

                    Plaintiffs,

        v.

BEAN ENVIRONMENTAL L.L.C., a
Delaware limited liability company, and
BEAN DREDGING L.L.C., a Louisiana
limited liability company,

                    Defendants.

NO. C05-5306 RBL

**ORDER DENYING PLAINTIFFS'
MOTION FOR SANCTIONS**

[PROPOSED]

THIS MATTER having come for a hearing before the Court on Plaintiffs' Motion to

Conduct Additional Discovery, Amend Expert Reports, and for Sanctions, Costs and Fees

pursuant to Fed. R. Civ. P. 26 and 37.  Based upon a review of the record, IT IS HEREBY

ORDERED:

        1.      Plaintiffs' motion is DENIED.

        2.      If any of the documents that Bean produced in September 2006 have not been

previously produced and are material to a previous deponent's testimony (or necessitate a

change in an expert's opinion), the parties shall promptly meet and confer about the

ORDER DENYING PLAINTIFFS' MOTION
FOR SANCTIONS [PROPOSED] – Page 1
No. C05-5306RBL

CORR CRONIN MICHELSON
BAUMGARDNER & PREECE LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

scheduling of a deposition of that deponent (or the amendment of an expert's report) related to specific documents produced in *August and* September, 2006 *VbL*. If the parties are unable to reach agreement after meeting and conferring in goof faith, the matter can be properly brought to the Court's attention by a telephone conference scheduled at the Court's convenience.

Dated this 9th day of November, 2006.

HONORABLE RONALD B. LEIGHTON
U.S. DISTRICT COURT JUDGE

Presented by:

CORR CRONIN MICHELSON
BAUMGARDNER & PREECE LLP

William F. Cronin, WSBA No. 8667
Kevin J. Craig, WSBA No. 29932
Attorneys for Defendant
Bean Environmental L.L.C.

ORDER DENYING PLAINTIFFS' MOTION
FOR SANCTIONS [PROPOSED] – Page 2
No. C05-5306RBL

CORR CRONIN MICHELSON
BAUMGARDNER & PREECE LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900