HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| GENERAL METALS OF TACOMA, INC., a Washington corporation, and ARKEMA, INC., a Pennsylvania corporation,<br><br>Plaintiffs,<br><br>v.<br><br>BEAN ENVIRONMENTAL L.L.C., a Delaware limited liability company, and BEAN DREDGING L.L.C., a Louisiana limited liability company,<br><br>Defendants. | NO. C05-5306 RBL<br><br>ORDER DENYING PLAINTIFFS' MOTION IN LIMINE TO EXCLUDE THE EXPERT SUPPLEMENTAL REPORT OF TIMOTHY HARRINGTON<br><br>[PROPOSED] |

THIS MATTER having come for a hearing before the Court on Plaintiffs General Metals of Tacoma, Inc.'s and Arkema, Inc.'s (collectively, the Head of Hylebos Cleanup Group, or "HHCG") Motion in Limine to Exclude the Expert Supplemental Report of Timothy Harrington and based upon a review of the record, IT IS HEREBY ORDERED:

1. Plaintiffs' Motion in Limine to Exclude the Expert Supplemental Report of Timothy Harrington is DENIED.

[PROPOSED] ORDER DENYING PLAINTIFFS' MOTION IN LIMINE TO EXCLUDE THE EXPERT SUPPLEMENTAL REPORT OF TIMOTHY HARRINGTON–Page 1
No. C05-5306RBL

CORR CRONIN MICHELSON
BAUMGARDNER & PREECE LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

1 | Dated this 12th day of January, 2007.

HONORABLE RONALD B. LEIGHTON
U.S. DISTRICT COURT JUDGE

Presented by:

CORR CRONIN MICHELSON
BAUMBARDNER & PREECE LLP

William F. Cronin, WSBA No. 8667
Kevin J. Craig, WSBA No. 29932
Attorneys for Defendant
Bean Environmental LLC

[PROPOSED] ORDER DENYING PLAINTIFFS' MOTION IN LIMINE TO EXCLUDE THE EXPERT SUPPLEMENTAL REPORT OF TIMOTHY HARRINGTON–Page 2
No. C05-5306RBL

CORR CRONIN MICHELSON
BAUMGARDNER & PREECE LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900