HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

GENERAL METALS OF TACOMA, INC., a Washington corporation, and ARKEMA INC., a Pennsylvania corporation,

Plaintiffs,

v.

BEAN ENVIRONMENTAL LLC, a Delaware Limited Liability Company; and BEAN DREDGING LLC, a Louisiana Limited Liability Company,

Defendants.

Case No. C05-5306RBL

ORDER

THIS MATTER comes on before the above-entitled Court upon Plaintiffs' Motion for an Award of Prejudgment Interest and Attorney's Fees [Dkt. #368], Defendants' Motion for Judgment as a Matter of Law or, in the Alternative, a New Trial [Dkt. #370], Defendants' Motion to Stay Execution of Judgment Pending Post-Trial Motions for Judgment as a Matter of Law or, in the Alternative, a New Trial [Dkt. #372], and Plaintiffs' Request for Entry of Judgment [Dkt. #373].

Having considered the entirety of the records and file herein, the Court finds and rules as follows:

Plaintiffs ask this Court to rule on their Motion for Prejudgment Interest and Attorney's Fees in a vacuum without the benefit of affidavits and billing records in support of the request. The Court declines to so rule. Plaintiffs shall submit proper affidavits and materials in support of their motion on or before March 9, 2007. The motion [Dkt. #368] will be re-noted for March 23, 2007.

ORDER
Page - 1

1  Defendants' Motion for Judgment as a Matter of Law or, in the Alternative, a New Trial [Dkt. #370]
2  and Motion to Stay Execution of Judgment Pending Post-Trial Motions for Judgment as a Matter of Law or,
3  in the Alternative, a New Trial [Dkt. #372] are both noted for March 23, 2007.
4  Plaintiffs' Request for Entry of Judgment [Dkt. #373] is **DENIED** at this time. The Court's Judgment[1]
5  entered February 16, 2007 [Dkt. #364] will operate as the Judgment for purposes of post-judgment interest
6  pursuant to 28 U.S.C. §1961(a). The Court will issue a more comprehensive judgment after ruling on the
7  pending motions which will be the Judgment issued for purposes of appeal.

**IT IS SO ORDERED.**

The Clerk shall send uncertified copies of this order to all counsel of record, and to any party appearing pro se.

Dated this 6th day of March, 2007.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

---

[1] Due to clerical error, Docket No. 364 does not contain the title "Judgment;" however, the Clerk's docket reflects that the document entered is this Court's standard form of Judgment. Docket No. 364 was entered as the Judgment.