HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| GENERAL METALS OF TACOMA, INC., a Washington corporation, and ARKEMA, INC., a Pennsylvania corporation,<br><br>Plaintiffs,<br><br>v.<br><br>BEAN ENVIRONMENTAL LLC, a Delaware limited liability company, and BEAN DREDGING LLC, a Louisiana limited liability company,<br><br>Defendants. | Case No. C05-5306RBL<br><br>ORDER |

THIS MATTER comes on before the above-entitled Court upon Defendants' Motion to Stay Execution of Judgment Pending Post-Trial Motions for Judgment as a Matter of Law or, in the Alternative, a New Trial [Dkt. #372].

Having considered the entirety of the records and file herein, the Court finds and rules as follows:

On March 6, 2007 this Court entered an Order [Dkt. #374] which, <u>inter alia</u>, noted defendants' motion to stay for March 23, 2007. Upon further review, in order to maintain the status quo pending disposition of defendants' motion for judgment as a matter of law or, in the alternative, a new trial, the Court will grant the defendants' motion to stay pursuant to Fed. R. Civ. P. 62(b). It is therefore

1  **ORDERED** that Defendants' Motion to Stay Execution of Judgment Pending Post-Trial Motions for
2 Judgment as a Matter of Law or, in the Alternative, a New Trial [Dkt. #372] is **GRANTED**.  Execution of,
3 or any proceeding to enforce, the judgment is hereby **STAYED** pending the disposition of defendants' post-
4 trial motions.

5  The Clerk shall send uncertified copies of this order to all counsel of record, and to any party appearing
6 pro se.

7  Dated this 7th day of March, 2007.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE