AO 450 (Rev. 5/85) (Mod. 10/93) Judgment in a Civil Case

# United States District Court
### WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| GENERAL METALS OF TACOMA, INC<br>and ARKEMA INC., | AMENDED JUDGMENT<br>IN A CIVIL CASE<br>Jury Verdict / Fees and Costs |
| v. | |
| BEAN ENVIRONMENTAL, LLC and<br>BEAN DREDGING LLC, | CASE NUMBER: C05-5306RBL |

[XX]  **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict as follows:

    1.    The Jury finds for HHCG's claim for breach of contract against Bean Environmental and awards DAMAGES in the amount of $6,370,286.

        By Stipulation of the parties, the judgment is imposed against Bean Environmental LLC and Bean Dredging LLC.  Post judgment interest shall run from February 16, 2007.

[XX]  **Decision by Court.**  The following came under consideration before the Court. The issues have been considered and a decision has been rendered

    1.    The Motion for Judgment Notwithstanding the Verdict, or for a New Trial is DENIED.  The Court's Order Staying Execution of Judgment Pending Post-Trial Motions is VACATED.

    2.    Plaintiff's Motion for an Award of Prejudgment Interest and Attorney's Fees is DENIED.

    3.    Total Costs of $101,993.73 represents a reasonable taxation of costs.

                                  BRUCE  RIFKIN
Dated: APRIL 4, 2007                Clerk

                                              s/Jean Boring
                                              (By) Deputy Clerk