1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

GENERAL METALS OF TACOMA,
INC., a Washington corporation, and
ARKEMA, INC., a Pennsylvania
corporation,

                                    Plaintiffs,

        v.

BEAN ENVIRONMENTAL LLC, a
Delaware limited liability company, and
BEAN DREDGING LLC, a Louisiana
limited liability company,

                                    Defendants.

CASE NUMBER: C05-5306RBL

**FINAL AGREED ORDER
DISCHARGING APPEAL BOND**
BOND NO.  104905835

        THIS CAUSE having come before the Court on the Stipulation of the Plaintiffs and

Defendants to Discharge the Appeal Bond Number 104905835 ("Appeal Bond") posted by The

Travelers Casualty and Surety Company of America, as Surety, in the above-referenced case, in

the amount of Eight Million and 00/100 United States Dollars ($8,000,000) issued at the request

FINAL AGREED ORDER
DISCHARGING APPEAL  BOND
BOND NO.  104905835

WIGGINS & MASTERS, P.L.L.C.
241 Madison Ave. North
Bainbridge Island, WA 98110
(206) 780-5033

of Bean Environmental, L.L.C. and Bean Dredging, L.L.C., as Principals, in favor of General Metal of Tacoma, Inc. and Arkema, Inc., the Plaintiffs and Judgment Creditors. The full amount owed to General Metal of Tacoma, Inc. and Arkema, Inc., has been remitted and the Judgment satisfied; therefore, the Appeal Bond is no longer required and should be discharged and The Travelers Casualty and Surety Company of America and its parents, affiliates and subsidiaries ("Travelers") released from any and all liability. NOW THEREFORE it is

ORDERED AND ADJUDGED that the Judgment has been fully satisfied, as evidenced by the Satisfaction of Judgment filed with this Court, a copy of which is attached hereto, and, therefore, the Appeal Bond is no longer required and is hereby fully and unconditionally discharged, released and exonerated and Travelers is hereby released from any and all past, present and future liability arising under or in connection with the issuance of the Appeal Bond.

IT IS FURTHER ORDERED AND ADJUDGED that the Clerk of the Court is hereby directed to forthwith release the said Appeal Bond recorded with this Court to KENNETH W. MASTERS, Esq., for immediate return to Travelers.

DONE AND ORDERED in Chambers, at Tacoma, Pierce County, Washington, this 30th day of December, 2008.


RONALD B. LEIGHTON

UNITED STATES DISTRICT JUDGE



FINAL AGREED ORDER
DISCHARGING APPEAL BOND
BOND NO. <u>104905835</u>

WIGGINS & MASTERS, P.L.L.C.
241 Madison Ave. North
Bainbridge Island, WA 98110
(206) 780-5033

1

2

3    Presented by:

4    WIGGINS & MASTERS, P.L.L.C.

5    /s/_____
     Kenneth W. Masters, WSBA 22278
6    Charles K. Wiggins, WSBA 6948
     241 Madison Avenue North 1001
7    Bainbridge Island, WA 98110
     (206) 780-5033

8

9

10   Approved for entry:
     Notice of presentation waived:

11

12   WILLIAMS KASTNER & GIBBS

13   /s/_____
     John P. Evans, WSBA 08892
14   Heidi L. Evatt, WSBA 11981
     Mary H. Spillane, WSBA 11981
15   601 Union Street, Suite 4100
     Seattle, Washington 98101

16

17

18   GROFF MURPHY TRACHTENBERG
         & EVERARD, PLLC

19
     /s/_____
20   David Groff, WSBA 4706
     Marisa M. Bavand, WSBA 27929
21   Kristi Favard, WSBA 34419
     300 East Pine
22   Seattle, Washington 98122

23

24

25   FINAL AGREED ORDER
     DISCHARGING APPEAL  BOND
     BOND NO.  104905835

WIGGINS & MASTERS, P.L.L.C.
241 Madison Ave. North
Bainbridge Island, WA 98110
(206) 780-5033